**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TYLER CORCORAN, | ) | NO. CV 08-6481-DOC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| L. SMALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 13, 2009.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE